**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DATA CARRIERS, LLC,<br><br>                Plaintiff,<br><br>     v.<br><br>PANTECH WIRELESS, INC.,<br><br>                Defendant. | C.A. No. 12-343-LPS |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT PANTECH WIRELESS, INC.**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Data Carriers, LLC and Defendant Pantech Wireless, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c) and subject to the approval of the Court, that all claims between them in this action be, and upon approval are, dismissed WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Stephen B. Brauerman* | /s/ *Michael J. Flynn* |
| Richard D. Kirk (rk0922) | Jack Blumenfeld (No. 1014) |
| Stephen B. Brauerman (sb4952) | Karen Jacobs Louden (No. 2881) |
| Vanessa R. Tiradentes (vt5398) | Michael J. Flynn (No. 5333) |
| 222 Delaware Avenue, Suite 900 | 1201 North Market Street |
| P.O. Box 25130 | P.O. Box 1347 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 655-5000 | (302) 658-9200 |
| rkirk@bayardlaw.com | jblumenfeld@mnat.com |
| sbrauerman@bayardlaw.com | klouden@mnat.com |
| vtiradentes@bayardlaw.com | mflynn@mnat.com |
| *Attorneys for Plaintiff Walker Digital, LLC* | *Attorneys for Defendant Pantech Wireless, Inc.* |

Dated: August 1, 2012

**IT IS SO ORDERED** this _____ day of _____, 2012.

_____
The Honorable Leonard P. Stark
United States District Court Judge