IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DATA CARRIERS, LLC,

    Plaintiff,

v.

PANTECH WIRELESS, INC.,

    Defendant.

C.A. No. 12-343-LPS

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT PANTECH WIRELESS, INC.

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Data Carriers, LLC and Defendant Pantech Wireless, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c) and subject to the approval of the Court, that all claims between them in this action be, and upon approval are, dismissed WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

BAYARD, P.A.

/s/ Stephen B. Brauerman
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Attorneys for Plaintiff Walker Digital, LLC*

Dated: August 1, 2012

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Michael J. Flynn
Jack Blumenfeld (No. 1014)
Karen Jacobs Louden (No. 2881)
Michael J. Flynn (No. 5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
mflynn@mnat.com

*Attorneys for Defendant Pantech Wireless, Inc.*

**IT IS SO ORDERED** this \_\_2nd\_\_ day of \_\_August\_\_, 2012.

_____
The Honorable Leonard P. Stark
United States District Court Judge